# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LERMAN, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SWAROVSKI NORTH AMERICA LIMITED, et al.<br><br>Defendants. | CASE NO. 19cv638-LAB (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 26]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 26. This action is **DISMISSED WITH PREJUDICE** as to the claims of the named Plaintiff and **DISMISSED WITHOUT PREJUDICE** as to the claims of the putative class. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: February 25, 2020

**H**ONORABLE **L**ARRY **A**LAN **B**URNS
Chief United States District Judge

- 1 -